

**ORDERED in the Southern District of Florida on June 30, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flsb.uscourts.gov*

In re: Case No. 15-25567-BKC-AJC

CHRISTOPHER T FOGARTY
*aka* CHRISTOPHER TODD FOGARTY

Chapter 7

Debtor.
_______________________________________/

**ORDER APPROVING *EX-PARTE* APPLICATION FOR APPROVAL OF EMPLOYMENT OF MARCIE D. BOUR, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV AND YIP ASSOCIATES AS ACCOUNTANTS TO MARCIA T. DUNN, CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO JUNE 16, 2016**

**THIS MATTER** having come before the Court upon the *Ex-Parte Application for Approval of Employment of Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV and Yip Associates as Accountants to Marcia T. Dunn, Chapter 7 Trustee, Nunc Pro Tunc to June 16, 2016* (the "Application") [ECF No. 53] and the *Affidavit of Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV on Behalf of Yip Associates as Proposed Accountants to Marcia T.*

*Dunn, Chapter 7 Trustee, Nunc Pro Tunc to June 16, 2016* (the "Bour Affidavit") attached to the Application as **Exhibit "A".** The Application requests entry of an order, approving the Trustee's employment of Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV and Yip Associates.

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C §157(b)(2)(A). The relief requested in the Application is in the best interests of the estate and the creditors. The Bour Affidavit makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016. The Bour Affidavit contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV and Yip Associates are disinterested as required by 11 U.S.C §327(a) and Fed. R. Bankr. P. 2014, the Court is authorized to grant the relief requested in the Application.

Upon the representations that Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV and Yip Associates hold no interest adverse to the Trustee or the bankruptcy estate in the matters upon which it is to be engaged, that Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV and Yip Associates are disinterested persons as required by 11 U.S.C §327(a), and have disclosed any connections with parties set forth in Fed. Bankr. R. P. 2014, and that their employment is necessary and would be in the best interests of the estate, it is **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The employment of Yip Associates, as accountants to the Trustee in this Chapter 7 case is **APPROVED** pursuant to 11 U.S.C §327(a).

3. The Trustee is authorized to employ Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV and Yip Associates as accountants to perform the services enumerated in

the Application *nunc pro tunc* to June 16, 2016.

4. Yip Associates shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C §§ 330 and 331, at its standard rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

5. This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein, in accordance with the applicable statutes and procedures.

###

**Submitted by:**
Michael P. Dunn, Esq.
Dunn Law. P.A.
555 NE 15 St, Ste 934-A
Miami, FL 33132
Phone: (786) 433-3866
Facsimile: (786) 260-0269
michael.dunn@dunnlawpa.com

**Copies Furnished to:** Michael P. Dunn, Esq.

*Attorney Dunn is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*